IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PERRY LESLIE BOWMAN,

     Plaintiff,

                                                    Case No. 18-cv-61-wmc

  v.

JON E. LITSCHER, QUALA CHAMPAGNE,
C. SUTER, D. TIDQUIST, S. PODGORAK,
AND C. ORLANDI,

     Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

| /s/ | 10/22/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |